JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBNEY COOPER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES; YOLANDA JAUREGUI, an Individual; KEIKO KIM, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:19-cv-09813-AB (MAAx)<br>U.S. District Judge André Birotte, Jr.<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES, sued as LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES; YOLANDA JAUREGUI; AND KEIKO KIM** |

Defendants County of Los Angeles, sued as Los Angeles Department of Children and Family Services, Yolanda Jauregui and Keiko Kim ("Defendants") having filed a Motion for Summary Judgment on December 16, 2022 (Dkt. 116) and the Plaintiff having filed an Opposition on March 14, 2023 (Dkt. No. 157), Defendants having filed a Reply on March 27, 2023 (Dkt. No. 161), the Court having held a hearing where all parties argued, after which it took the matter under submission, the Court having considered the motion and supporting evidence, and opposition thereto, and the Court having found that Summary Judgment is warranted as to Plaintiff's First, Second, Third and Fourth causes of action, that Defendants are entitled to judgment as a matter of law, and the Defendants' Motion for Summary Judgment having been GRANTED (Dkt. 173):

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Defendants County of Los Angeles, Yolanda Jauregui and Keiko Kim, and against Plaintiff Robney Cooper. Costs and fees shall be awarded to Defendants, if appropriate, in the amount to be determined by further motion of Defendants.

**IT IS SO ORDERED.**

Dated: September 28, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE