Vincent W. Davis, Esq. (125399)
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Avenue, Suite 200
Arcadia, CA 91006
Phone: (626) 446-6442
Facsimile: (626) 446-6454

**Attorney for Plaintiff**
Robney Cooper

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBNEY COOPER,<br><br>PLAINTIFF<br>v.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; YOLANDA JAUREGUI, an Individual; KEIKO KIM, and individual; and DOES 1 through 50, inclusive,<br><br>DEFENDANTS | CASE NUMBER 2:19-CV-09813-AB-MAA<br><br>Plaintiff's Objections to Application to Tax Cost |

///

TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Notice is hereby given that on the date and time and at the place hereinabove noted, plaintiff Robney Cooper, will move the Court for an order opposing the Defendant's application to the clerk taxing costs herein. This motion is made pursuant to L.R.54-2.1, on the ground that plaintiff objects to the costs claimed in defendant County of Los Angeles, memorandum of points and authorities in support of motion for attorneys' fees award filed with this Court upon the conclusion of the above-entitled matter. Said memorandum of points and authorities was served upon the plaintiff on or about October 11, 2023.

1  This motion is further based upon this notice, the pleadings papers, records and files in this action,
2  the attached memorandum of points and authorities and such oral, documentary or other evidence to
3  be presented at the hearing of this motion.

Objections to Application to tax Cost                    Cooper vs. Country of Los Angeles et.al.

2

Law Offices of Vincent W. Davis & Associates
Vincent W. Davis, Esq. (SBN 125399)
440 E. Huntington Drive, Suite 100
Arcadia, California 91006
Telephone: (626) 446-6442
Facsimile: (626) 446-6454
Email: v.davis@vincentwdavis.com

Attorneys for Plaintiffs
ROBNEY COOPER

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBNEY COOPER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES; YOLANDA JAUREGUI, an individual; KEIKO KIM, an individual, and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No.: 2:19-cv-09813-AB (MAAx)<br>(Los Angeles Superior Court Case No.: 19STCV26309)<br><br>**DECLARATION OF VINCENT W. DAVIS IN OPPOSITION OF DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR ATTORNEYS' FEES AWARD PURUSANT TO 42 U.S.C. § 1988** |

## DECLARATION OF VINCENT W. DAVIS, ESQ.

I, Vincent W. Davis, declare as follows:

I am an attorney duly licensed to practice before the Federal and State Courts of California and admitted to practice before this Honorable Court. I am an attorney working on behalf of the Law Offices of Vincent W. Davis & Associates, counsel of record for plaintiff ROBNEY COOPER in this matter. I am familiar with the litigation files in this case.

1. This declaration is submitted in opposition to the Defendant's Motion for Attorney's Fees Award pursuant to 42 U.S.C. § 1988.

2. Declarant has been practicing law for over 36 years. Declarant has over 8 years of experience litigating civil rights cases.

3. Declarant opposes defendant's request for an order directing Plaintiff to repay the Defendant a sum of $158,693.80, for the following reasons:

   a) Plaintiff's claims of emotional distress damages, including "PTSD," anxiety, depression, and stress were supported by the Plaintiff's treatment.

   b) Plaintiff was seeking treatment for his PTSD, anxiety, and depression on 11/26/2021, despite experts failing to corroborate Plaintiff's conditions at scheduled depositions.

   c) Plaintiff's criminal case was irrelevant to any diagnosis offered by the experts and was not an alternative cause of his damages.

   d) The lack of records by physicians does not automatically increase the cost of defending against the lawsuit.

4. Declarant represents that Plaintiff's damages claim could have been evaluated through Defendant's designated experts, without the need to depose Plaintiff's designated experts.

5. Plaintiff's expert Lisa J. Grajewski, treated Plaintiffs psychological conditions on 11/26/2021, but did not diagnose the Plaintiff.

6. Declarant is unable to compel experts to their scheduled deposition. Declarant made a good faith effort to produce the experts at their scheduled depositions.

7. Declarant and Plaintiff have no control over an expert's medical record documentation. Dr. Agarwal's failure to find Plaintiff's case file is not indicative of whether the

doctor provided services or not because according to the Medical Board of California's licensing record, Dr. Agarwal has history of failing to keep medical record documentation.

8. Declarant made good faith efforts to properly file and serve oppositions to the motion for summary judgment. Defendant did not serve duplicative copies of documents in bad faith.

9. On October 9, 2023, Declarant's associate Mr. Eri Diaz Aguilar, Esq. met and conferred by phone with Ms. Anita Susan Brenner, Esq. Then, on October 25, 2023, at 9:00 a.m. pst. Mr. Diaz Aguilar attempted to meet and confer with Ms. Brenner, but was he unsuccessful. Mr. Diaz Aguilar left a voicemail message. Later that same day, at 7:01 p.m. pst. Mr. Diaz Aguilar attempted to contact Ms. Brenner but to no avail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October, 2023, at Arcadia, California.

___/s/ Vincent W. Davis____
Vincent W. Davis, Esq.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action; my business address is 440 E. Huntington Drive, Suite 100, Arcadia, California 91106.

On October 25, 2023 I served the foregoing document described as:

**DECLARATION OF VINCENT W. DAVIS**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Anita Susan Brenner, Esq.**
**LAW OFFICES OF TORRES & BRENNER**
**301 East Colorado Boulevard, Suite 614**
**Pasadena, California 91101**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on October 25, 2023, at Arcadia, California.

                                     ___/s/ Vincent W. Davis_____
                                     Vincent W. Davis, Esq.

Law Offices of Vincent W. Davis & Associates
Vincent W. Davis, Esq. (SBN 125399)
440 E. Huntington Drive, Suite 100
Arcadia, California 91006
Telephone: (626) 446-6442
Facsimile: (626) 446-6454
Email: V.davis@vincentwdavis.com

Attorneys for Plaintiff
Robney Cooper

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBNEY COOPER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES by and through the LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES; YOLANDA JAUREGUI, a individual; KEIKO KIM, and individual, and Does 1 through 50, inclusive<br><br>　　　　Defendants, | Case No.: 2:19-cv-09813-AB (IMAAx)<br><br>**DECLARATION OF ROBNEY COOPER IN OPPOSITION OF MOTION FOR ATTORNEY'S FEES AWARD PURSUANT TO 42 U.S.C. . § 1988** |

-1-

**DECLARATION OF ROBNEY COOPER**

Doc ID: 9b056af1fac32a8887546db6cf72834fc7be52c8

## DECLARATION OF ROBNEY COOPER

I, Robney Cooper, declare as follows:

1. This declaration is submitted in opposition to the Defendant's Motion For Attorneys' Fees award pursuant to 42 U.S.C. § 1988.

2. Declarant's emotional distress for damages including PTSD were supported by the evidence provided through the discovery process. More specifically, Declarant was seeing Psychologist Lisa Grajewski, with Clinical and Forensic Psychology Inc. During that relevant time, I had feelings of anxiety and distress. Declarant experienced insomnia and consulted her for treatment.

3. Declarant was never asked about any criminal charges by any of the experts. Thus, Declarant felt no obligation to disclose any pending criminal charges or criminal background information. Declarant believed that disclosing criminal records was not required.

4. Declarant was charged but not convicted on Case No. 7SC02971 with sexual assault of a teenage boy under Pen. Code §243.4(E)(1) [sexual battery]

5. Declarant disputes as excessive all expenses by the Rosin Litigation company for subpoenaed records. Declarant alleges that defendants spent an excessive amount of money on Ronsin Litigation support services to subpoena several doctors unnecessary to argue their defense. Declarant disputes the following costs:

   (a) Ronsin Litigation Support Services in the amount of $91.35 for plaintiff's subpoenaed records from Albert Robert Anderson, III, M.D., Indio, CA 92201 (x)

   (b) Ronsin Litigation Support Services in the amount of $118.25 for plaintiff's subpoenaed records from Hozair Syed, M.D., Anaheim, CA 92808 (y)

   (c) Ronsin Litigation Support Services in the amount of $103.25 for plaintiff's subpoenaed records from Dimple Agarwal, M.D., Yucca Valley, CA 92284 (z)

   (d) Ronsin Litigation Support Services in the amount of $118.25 for plaintiff's subpoenaed records from David Mysko, M.D., Newhall, CA 91321 (aa)

   (e) Ronsin Litigation Support Services in the amount of $103.25 for plaintiff's subpoenaed records from Albert Robert Anderson, M.D., Indio, CA 92201 (bb)

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
440 E. HUNTINGTON DRIVE, SUITE 100
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626) 446-6454

(f) Ronsin Litigation Support Services in the amount of $12.50 for plaintiff's subpoenaed billing records from Albert Robert Anderson, III, M.D., Indio, CA 92201 (cc)

(g) Ronsin Litigation Support Services in the amount of $82.43 for plaintiff's subpoenaed records from Dimple Argawal, M.D., Palm Springs, CA 92262 (dd)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October, 2023, at Arcadia, California.

_____
Robney Cooper

-3-
**DECLARATION OF ROBNEY COOPER**

Doc ID: 9b056af1fac32a8887546db6cf72834fc7be52cc8

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action; my business address is 440 E. Huntington Drive, Suite 100, Arcadia, California 91106.

On <u>October 25, 2023</u> I served the foregoing document described as:

**DECLARATION OF ROBNEY COOPER**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Anita Susan Brenner, Esq. (SBN 58741)**

**Leonard E. Torres, Esq. (SBN 60106)**

**LAW OFFICES OF TORRES & BRENNER**

**301 East Colorado Boulevard, Suite 614 Pasadena,**

**California 91101 Telephone: (626) 792-3175 Facsimile: (626) 792-2921 E-mail:**

**info@torresbrenner.com**

x  **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on <u>October 25, 2023</u> at Arcadia, California.

*Sonya D. Sanders*
Sonya D. Sanders, Paralegal